# United States Court of Appeals for the Fifth Circuit

———————

No. 24-50990
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

March 10, 2025

Lyle W. Cayce
Clerk

Rhonda Denise Taylor,

*Plaintiff—Appellant*,

*versus*

Officer Fred Baskett, *in his individual capacity*,

*Defendant—Appellee*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:23-CV-179

———————————————————

Before Jolly, Jones, and Willett, *Circuit Judges*.

Per Curiam:*

*Pro se* Plaintiff-Appellant Rhona Denise Taylor appeals the district court's order dismissing her complaint. The district court dismissed Taylor's complaint because it failed to state a claim upon which relief may be granted.

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50990

Taylor sued Officer Fred Baskett under 42 USC § 1983 and the Fourteenth Amendment following the death of her son, Kevin Gordon. Gordon was killed in a hit and run on October 2, 2022, and Officer Baskett allegedly responded to the scene. Taylor claims she was not notified of her son's death in a timely manner. Taylor's complaint alleges that Baskett violated her "Constitutional Due Process Rights [i]n obtaining the possession right to her decease[d] son's body, in a timely manner" which she claims is a "deprivation right of her property as Next of Kin under color of state law." The district court, adopting the magistrate's recommendation, dismissed Taylor's complaint for failure to state claim. Even considering the facts in the complaint as true, the court was unable to ascertain a specific constitutional violation or any claim that those facts would support. Taylor appeals.

Because Taylor's appeal lacks an arguable basis in law upon which we can grant her relief, it is frivolous. *See* 5TH CIR. R. 42.2. Accordingly, Taylor's appeal is, in all respects,

DISMISSED.